UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEREMIAH BELEN,

    Defendant.

Case No. 20-CR-
[18 U.S.C. § 39A]

20-CR-141

---

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about June 7, 2020, in the State and Eastern District of Wisconsin,

**JEREMIAH BELEN**

knowingly aimed the beam of a laser pointer at an aircraft in the special aircraft jurisdiction of the United States and at the flight path of such aircraft.

All in violation of Title 18, United States Code, Section 39A.

A TRUE BILL:

    FOREPERSON

Dated: 8/11/20

MATTHEW D. KRUEGER
United States Attorney