Dear Special Agent Blake and Mr. Cramin:

My name is Jeremiah Belen. I'm the person who shined a laser at your plane last June. I'm writing to you to apologize for what I did.

What I did was wrong. I should never have shined that laser at your plane. I should have never shined it at anything that I wasn't 100% sure was a star. It was a really bad decision. At the time, I was out of work and I was bored. But that's no excuse. It was dangerous and wrong.

I also want to apologize for disrupting your work. I never wanted to cause you any harm or distract you. I have a ton of respect for law enforcement. I know that your work is important. Frankly, I think what you do is really cool. The fact that I pulled you away from the important work you were doing makes me feel terrible. And I sincerely hope that you weren't injured.

Because of what I did I'm a felon now and I might go to prison. My hope is that people can learn from my case, and that they won't think about shining lasers at planes, because they'll see what the consequences are. As for me, I don't own a laser anymore. I'm never going to buy another one, and I'm never going to shine one at anything ever again.

The bottom line is this: I did the wrong thing. Please accept my deepest apologies.

Thank you for reading this and thank you for your service to my community.

Sincerely,

*[signature]*

Jeremiah Belen