# COURT MINUTES OF SENTENCING HEARING

UNITED STATES of AMERICA,

v.  CASE NO. 20-CR-141-JPS

JEREMIAH BELEN.

## HON. J. P. STADTMUELLER PRESIDING

| | |
|---|---|
| DATE: September 10, 2021 | TIME SCHEDULED: 8:30 AM |
| COURT DEPUTY/CLERK: Lauren DeCarlo | TIME CALLED: 8:32 |
| COURT REPORTER: John Schindhelm | TIME FINISHED: 9:04 |

GOVERNMENT BY: Kevin Knight

DEFENDANT BY: Anderson Gansner

PROBATION BY: James Fetherston

Notes:

- 8:32 Appearances; Court puts background of case on record, including Defendant's having pled guilty to Count One of the Indictment; Court notes it has reviewed presentence report
- 8:33 Parties have reviewed presentence report and have no objections to the facts as stated therein; Court asks about the $8,000 civil fine imposed by the FAA; Defendant states that garnishment will commence in the next few weeks, but he does not know what the weekly/monthly payment will be; Government to file supplement on this matter; Court inquires as to Defendant's tax-return disclosure; Defendant's counsel to help Defendant produce tax return; Probation to update the presentence report with garnishment and tax return information; subject to such changes, Court adopts the facts as stated in the presentence report;
- 8:38 Court notes applicable Guidelines:
  - Total Offense Level: 7
  - Criminal History Category: I
  - 0 to 6 months imprisonment
  - 1 to 3 years supervised release; or sentence of probation
  - $1,000 to $9,500 fine
  - $100.00 special assessment
- 8:39 Parties accept these guidelines; Court will adopt for purposes of considering Defendant's sentence

| | |
|---|---|
| 8:41 | Defendant's attorney makes a statement on Defendant's behalf; requests sentence of probation |
| 8:44 | Defendant makes a statement on his own behalf |
| 8:45 | Government makes a statement; requests sentence of probation |
| 8:49 | Court discusses statements of the parties, facts of the case, and facts as presented in presentence report |
| 9:00 | Court notes that it previously circulated proposed conditions of supervised release; parties have reviewed them and have no objections thereto |
| 9:00 | Court imposes the following formal sentence:<br>    1 year of probation as to Count One<br>    Fine is waived<br>    $100.00 special assessment |
| 9:02 | Court advises Defendant of his right of appeal |
| 9:04 | Parties have nothing further to address |
| 9:04 | Court stands in recess |